UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL ORGANIZATION FOR WOMEN, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 86 C 7888 |
| vs. | ) ) | JUDGE DAVID H. COAR |
| JOSEPH M. SCHEIDLER, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**MOTION OF DEFENDANT OPERATION RESCUE FOR
JUDGMENT OR AMENDMENT OF JUDGMENT**

Comes now the Defendant, Operation Rescue, by and through undersigned counsel, and pursuant to Rules 7(b), 54, and 60(a), Fed.R.Civ.P., respectfully moves this Court for judgment or for amendment of the order of final judgment issued herein on May 8, 2007.[1] Defendant would state as grounds for this motion that the rulings of the United States Supreme Court in *Scheidler v. NOW,* 537 U.S. 393 (2003) (*Scheidler II*) and *Scheidler v. NOW,* 126 S.Ct. 1264 (2006) (*Scheidler III*), undisputedly require final judgment for defendants, including Operation Rescue. This Court should therefore enter final judgment for defendant Operation Rescue on all claims. If this Court's May 8, 2007 order of final judgment was intended to include Operation Rescue but did not by oversight, then, in the alternative, this Court should amend that order of

---

[1] A true and correct copy of this order is attached hereto as Exhibit A for the Court's convenience.

judgment to include Operation Rescue (and to correct the title of the order to reflect that judgment is being entered "for", not "against", the defendants).

In further support for this motion, the Defendant relies on the reasoning and authorities set forth in his Memorandum filed contemporaneously herewith.

WHEREFORE, Defendant respectfully requests that this Court enter final judgment in favor of defendant Operation Rescue on all claims or, in the alternative, amend its May 8, 2007 order of final judgment to include defendant Operation Rescue (and to correct the title of that order to reflect that judgment is "for", not "against", the defendants).

Respectfully submitted,

**BRENTWOOD LAW OFFICES, P.L.L.C.**

By: s/Larry L. Crain, Esq.
**LARRY L. CRAIN, ESQ.**
Tenn. Sup.Crt. No. 9040
5214 Maryland Way
Suite 402
Brentwood, TN. 37027
(615) 376-2600
Lcrain@brentwoodlaw.com

*Attorney for Defendant Operation Rescue*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion of Defendant Operation Rescue For Judgment or Amendment of Judgment was mailed this day, postage-prepaid, to the parties through their counsel listed below, as well as served electronically through the ECF system. A copy was also mailed via overnight delivery to the Chambers of the Hon. David Coar, the presiding judge in this case:

| Attorneys for Plaintiffs: | Attorney for Defendants Scheidler, Scholberg, Murphy and Pro-Life Action League: |
|---|---|
| Fay Clayton, Esq.<br>Robinson, Curley & Clayton<br>300 South Wacker Drive<br>Suite 1700<br>Chicago, IL 60606 | Thomas L. Brejcha, Esq.<br>Thomas More Society<br>29 South LaSalle Street<br>Suite 440<br>Chicago, IL 60603 |

This the 14th day of May, 2007.

s/Larry L. Crain, Esq.
Larry L. Crain