UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NATIONAL ORGANIZATION FOR )
WOMEN, INC., *et al.*, )
 )
    Plaintiffs, ) No. 86 C 7888
 )
vs. ) JUDGE DAVID H. COAR
 )
JOSEPH M. SCHEIDLER, *et al.*, )
 )
    Defendants. )

## MOTION OF DEFENDANT OPERATION RESCUE FOR
## JUDGMENT OR AMENDMENT OF JUDGMENT

Comes now the Defendant, Operation Rescue, by and through undersigned counsel, and pursuant to Rules 7(b), 54, and 60(a), Fed.R.Civ.P., respectfully moves this Court for judgment or for amendment of the order of final judgment issued herein on May 8, 2007.[1] Defendant would state as grounds for this motion that the rulings of the United States Supreme Court in *Scheidler v. NOW*, 537 U.S. 393 (2003) (*Scheidler II*) and *Scheidler v. NOW*, 126 S.Ct. 1264 (2006) (*Scheidler III*), undisputedly require final judgment for defendants, including Operation Rescue. This Court should therefore enter final judgment for defendant Operation Rescue on all claims. If this Court's May 8, 2007 order of final judgment was intended to include Operation Rescue but did not by oversight, then, in the alternative, this Court should amend that order of

---

[1] A true and correct copy of this order is attached hereto as Exhibit A for the Court's convenience.

judgment to include Operation Rescue (and to correct the title of the order to reflect that judgment is being entered "for", not "against", the defendants).

In further support for this motion, the Defendant relies on the reasoning and authorities set forth in his Memorandum filed contemporaneously herewith.

WHEREFORE, Defendant respectfully requests that this Court enter final judgment in favor of defendant Operation Rescue on all claims or, in the alternative, amend its May 8, 2007 order of final judgment to include defendant Operation Rescue (and to correct the title of that order to reflect that judgment is "for", not "against", the defendants).

Respectfully submitted,

**BRENTWOOD LAW OFFICES, P.L.L.C.**

By: s/Larry L. Crain, Esq.
**LARRY L. CRAIN, ESQ.**
Tenn. Sup.Crt. No. 9040
5214 Maryland Way
Suite 402
Brentwood, TN. 37027
(615) 376-2600
Lcrain@brentwoodlaw.com

*Attorney for Defendant Operation Rescue*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion of Defendant Operation Rescue For Judgment or Amendment of Judgment was mailed this day, postage-prepaid, to the parties through their counsel listed below, as well as served electronically through the ECF system. A copy was also mailed via overnight delivery to the Chambers of the Hon. David Coar, the presiding judge in this case:

| **Attorneys for Plaintiffs:** | **Attorney for Defendants Scheidler, Scholberg, Murphy and Pro-Life Action League:** |
|---|---|
| Fay Clayton, Esq. | Thomas L. Brejcha, Esq. |
| Robinson, Curley & Clayton | Thomas More Society |
| 300 South Wacker Drive | 29 South LaSalle Street |
| Suite 1700 | Suite 440 |
| Chicago, IL 60606 | Chicago, IL 60603 |

This the 14th day of May, 2007.

s/Larry L. Crain, Esq.
Larry L. Crain

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ORGANIZATION FOR WOMEN, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH M. SCHEIDLER, et. al., <br><br> Defendants. | ) ) ) ) ) ) No. 86 C 7888 ) ) HONORABLE DAVID H. COAR ) ) ) ) |

## ORDER OF FINAL JUDGEMENT AGAINST CERTAIN DEFENDANTS IN A CIVIL CASE

This matter having been heard and decided on appeal by the Supreme Court of the United States, Nos. 04-1244 and 04-1352, *sub nom. Joseph Scheidler, et. al., Petitioners, and Operation Rescue, Petitioner, v. National Organization for Women, Inc., et. al.,* on writs of certiorari to the United States Court of Appeals for the Seventh Circuit, on February 28, 2006, and the Supreme Court's mandate having been returned to the U.S. Court of Appeals for the Seventh Circuit, and that Court having issued its Corrected Judgment Without Oral Argument on April 26, 2006, and having ruled that the judgment of the District Court be reversed, the injunction ordered by that court vacated, and the case remanded with respect to Nos. 99-3076, 99-3336, 99-3891 and 99-3892, and a certified copy of said mandate of the Court of Appeals having been filed in this Court on May 18, 2006, and certain of the defendants having jointly moved this Court for entry of judgment;

IT IS HEREBY ORDERED and ADJUDGED as follows:

-1-

EXHIBIT A

1.    This is a Rule 54(b) final judgment entered in favor of certain defendants herein, Joseph M. Scheidler, the Pro-Life Action League, Inc., an Illinois not for profit corporation ("the League"), Andrew Scholberg, and Timothy Murphy, and against the plaintiffs, the National Organization for Women, Inc. ("NOW"), the members of NOW whom NOW represents herein, and the members of the Certified Class of women,[1] and Delaware Women's Health Organization, a Delaware corporation ("DWHO"), and Summit Women's Health Organization, Inc., a Wisconsin corporation ("Summit"), and the members of the Certified Class of Clinics,[2] whom DWHO and Summit represent herein. There is no just reason to delay the entry of this final judgment in favor of said defendants Scheidler, the League, Scholberg and Murphy, on account of further proceedings involving other parties herein.

2.    The judgment for treble damages in the amount of $163,413.84 plus interest, attorneys fees, nontaxable expenses and costs previously entered herein in favor of the plaintiff, Summit, and against said defendants, Scheidler, Scholberg, Murphy and the League, jointly and severally, dated August 25, 1999, is hereby reversed and vacated.

3.    The judgment for treble damages in the amount of $94,366.92 plus interest, attorneys fees, nontaxable expenses and costs previously entered herein in favor of the plaintiff, DWHO, and against said defendants, Scheidler, Scholberg, Murphy and the League, jointly and severally, dated August 25, 1999, is hereby reversed and vacated.

---

[1] The Class of Women is the class of women who are not NOW members and whose rights to the services of women's health centers in the United States at which abortions are performed were alleged to have been or would have been interefered with by defendant's alleged unlwaful activities whom NOW represents.

[2] The Class of Clinics is the class of women's health centers in the United States at which abortions are performed.

4. The permanent injunction dated August 25, 1999, that was entered in favor of Plaintiffs and against said defendants, Scheidler, Scholberg, Murphy and the League, is hereby vacated.

/s/ David H. Coar
David H. Coar
United States District Judge

**Dated:** May 8, 2007